E-FILED
Wednesday, 30 July, 2008  02:27:44 PM
Clerk, U.S. District Court, ILCD

02 20002

Honorable Judge McCuskey

Contrary to what it must seem. There is hope for my Rehabilitation yet. I realize I'm 43 yrs. old and been in Alot of trouble through-out my life. Most of the Choices I've made in life have been altered or Influenced by my addiction

My addiction has cost me so much in life. I've missed out on my childrens life. I've missed out on a Beautiful marriage, and I've missed out on a wonderful loving family. ——→ Your Honor, "I'm tired of missing out". I no from here on out, my choices must be made with my children and family in mind, Not my Addiction!

Looking Back on my life I clearly see how Selfish I've been, putting my wants and needs ahead of everything and everyone. I figure if I spend the Next 43 yrs putting my children, and family first, I will, for a lack of better words "Break Even."

I realize I cannot ever get Back what I've wasted away, But by Implimenting this "Break Even" policy, I can at least Start Moving in a positive productive direction.

Your Honor the easy thing for me to do would be to ask You to Sentense me to 18-24 mos. and be done with it. But thats truely not what I want. I'm tired of taking the easy way out. What I would like for You to do is Re-instate my Supervised Release with an assortment of special conditions (Substance Abuse Classes)

Conditions such as a 30 day Inpatient program, 6 mos of out patient, Halfway house, and/or Home Monitor, and any other Counseling You feel Would be Warranted.

Your Honor, Whatever You Decision may be I pray that You make it Where I'm Able to be with my Children at the earliest possible Date.

Thank you,

Sincerely

Anthony R. Salmons